People of the State of Illinois ex rel. Oscar Nelson, appellee, v. Farmers and Merchants State Bank of Leland, defendant.   Clarence Newton and Clyde Newton, appellants.   Gen. No. 9,251.

Opinion filed January 21, 1938.

Hibbs & Pool and Harold R. Langer, for appellants. Geo. V. B. Weeks, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.